**State of IDAHO, Plaintiff–Appellant,**

v.

**Lon T. HORIUCHI, Defendant–Appellee.**

No. 98–30149.

D.C. No. CR–97–00097–EJL

United States Court of Appeals, Ninth Circuit.

Filed Sept. 14, 2001

Before: SCHROEDER, CHIEF JUDGE, AND HUG, KOZINSKI, RYMER, KLEINFELD, HAWKINS, THOMAS, SILVERMAN, GRABER, W. FLETCHER and PAEZ, Circuit Judges.

### ORDER

The motion of Appellant Lon T. Horiuchi to vacate the opinions previously entered is GRANTED, and IT IS HEREBY ORDERED that the opinion of the en banc court filed June 5, 2001, 253 F.3d 359 (9th Cir.2001), the panel opinion filed June 14, 2000, 215 F.3d 986 (9th Cir.2000), as well as the opinion and judgment of the district court entered May 14, 1998, CR–97–097–N–EJL (D.Id. May 14, 1998), be, and the same hereby are, VACATED as moot.

SO ORDERED.